# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

In re: §
§
WATSON APPRAISAL GROUP, INC. §   Case No. 09-47207 TAB
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        CLERK OF THE U.S. BANKRUPTCY COURT
        KENNETH S. GARDNER
        219 S. Dearborn St.
        Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 05/01/2013 in Courtroom 613,

        UNITED STATES BANKRUPTCY COURT
        219 S. Dearborn St.
        Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/22/2013          By: UNITED STATES BANKRUPTCY
                                            COURT
                                                                          Clerk

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re:                               §
                                     §
WATSON APPRAISAL GROUP, INC.         §       Case No. 09-47207 TAB
                                     §
         Debtor(s)                   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 2,274.56 |
| and approved disbursements of | $ | 44.66 |
| leaving a balance on hand of[1] | $ | 2,229.90 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: RONALD R. PETERSON | $ 568.64 | $ 0.00 | $ 568.64 |
| Other: District Counsel | $ 100.00 | $ 0.00 | $ 100.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 668.64 |
| Remaining Balance | $ 1,561.26 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 100.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 270,417.16  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.6  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | MB Financial Bank, N.A.<br>Brandon R. Freud, Esq.<br>Ruff, Weidenaar & Reidy, Ltd.<br>222 N. LaSalle St., Suite 700<br>Chicago,IL 60601 | $ 270,417.16 | $ 0.00 | $ 1,561.26 |
| | Total to be paid to timely general unsecured creditors | | | $ 1,561.26 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Ronald R. Peterson
Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 09-47207-TAB
Watson Appraisal Group, Inc.                                    Chapter 7
         Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0752-1           User: dross               Page 1 of 2         Date Rcvd: Mar 25, 2013
                               Form ID: pdf006           Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2013.
db          #+Watson Appraisal Group, Inc.,    1304 W Northwest Hwy,    Palatine, IL 60067-1855
14845040     +ChicagoLand Commercial,    1240 W. Northwest Hwy,    Palatine, IL 60067-1897
14845042      D. Patrick Mullarkey,    Tax Division DOJ, P.O. Box 55,    Ben Franklin Station,
               Washington, DC 20044
14845043     +District Counsel,    200 W. Adams,    Chicago, IL 60606-5231
14845045     +Illinois Department of Revenue,    100 W Randolph 7th Floor,    Bankruptcy Unit,
               Chicago, IL 60601-3290
15531509     +MB Financial Bank, N.A.,    Brandon R. Freud, Esq.,    Ruff, Weidenaar & Reidy, Ltd.,
               222 N. LaSalle St., Suite 700,    Chicago,IL 60601-1024
14845047     +MBFinancial Bank,    15 E. Prospect,    Mount Prospect, IL 60056-3212
14845048     +Peppler & Assoc,    22 East Dundee Rd,    Barrington, IL 60010-7410
14845049     +United States Attorney,    219 S. Dearborn St.,    Chicago, IL 60604-1708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14845041     +E-mail/Text: GCR_CCBankruptcies@cable.comcast.com Mar 26 2013 04:11:37      Comcast,
               1255 W. North Avenue,    Chicago, IL 60642-1562
14845044      E-mail/Text: cio.bncmail@irs.gov Mar 26 2013 02:00:56      District Director IRS,    230 S Dearborn,
               Chicago, IL 60604
14845046      E-mail/Text: cio.bncmail@irs.gov Mar 26 2013 02:00:56      IRS,    Kansas City, MO 64999
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 27, 2013**              **Signature:**   _/s/ Joseph Speetjens_

```
District/off: 0752-1           User: dross              Page 2 of 2            Date Rcvd: Mar 25, 2013
                               Form ID: pdf006          Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2013 at the address(es) listed below:
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Ronald R Peterson    rpeterson@jenner.com, rpeterson@ecf.epiqsystems.com;docketing@jenner.com
          Timothy M Hughes    on behalf of Debtor    Watson Appraisal Group, Inc. thughes@lavellelaw.com
                                                                                                         TOTAL: 3