UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                  §
                                        §
WATSON APPRAISAL GROUP, INC.            §    Case No. 09-47207 TAB
                                        §
        Debtor(s)                       §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter   on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/RONALD R. PETERSON_____
                                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | ChicagoLand Commercial<br>1240 W. Northwest Hwy<br>Palatine, IL 60067 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MBFinancial Bank 15 E. Prospect Mount Prospect, IL 60056 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| DISTRICT COUNSEL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

Case 09-47207    Doc 21    Filed 09/16/13    Entered 09/16/13 13:26:07    Desc Main
          Document      Page 6 of 14

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | D. Patrick Mullarkey Tax Division DOJ, P.O. Box 55 Ben Franklin Station Washington, DC 20044 | | | | | |
| | District Counsel 200 W. Adams Chicago, IL 60604 | | | | | |
| | District Director IRS 230 S Dearborn Chicago, IL 60604 | | | | | |
| | IRS Kansas City, MO 64999 | | | | | |
| | Illinois Department of Revenue 100 W Randolph 7th Floor Bankruptcy Unit Chicago, IL 60601 | | | | | |
| | United States Attorney 219 S. Dearborn St. Chicago, IL 60604 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Comcast 1255 W. North Avenue Chicago, IL 60622 | | | | | |
| | Peppler & Assoc 22 East Dundee Rd Barrington, IL 60010 | | | | | |
| 000002 | MB FINANCIAL BANK, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

Page: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 09-47207 | Judge: Timothy A Barnes | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | WATSON APPRAISAL GROUP, INC. | | Date Filed (f) or Converted (c): | 12/15/09 (f) |
| | | | 341(a) Meeting Date: | 01/22/10 |
| For Period Ending: | 09/10/13 | | Claims Bar Date: | 06/10/10 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Checking account at MB Financial | 500.00 | 500.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 2. Checking account at Fifth Third Bank | 500.00 | 500.00 | | 2,248.83 | FA | 0.00 | 0.00 |
| 3. Security Deposit at ChicagoLand Commercial (1240 W | 2,384.37 | 2,384.37 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. Trade receivable from MBFinancial -- $140.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. Notes receivable -- for sale of two vehicles to Fr | 20,780.00 | 20,780.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 6. Misc office furniture & equipment | 2,000.00 | 2,000.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 7. Tax Refund | 0.00 | 25.00 | | 24.70 | FA | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.03 | Unknown | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $26,164.37 | $26,189.37 | | $2,274.56 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) | $0.00 | $0.00 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

March 22, 2013. TFR filed with the Court. Hearing on TFR set for May 1, 2013.

January 30, 2012, 12:31 pm. The case is ready to close. The account receivable regarding the vehicle has been collected.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | |
|---|---|
| Case No: 09-47207    Judge: Timothy A Barnes | Trustee Name: RONALD R. PETERSON |
| Case Name: WATSON APPRAISAL GROUP, INC. | Date Filed (f) or Converted (c): 12/15/09 (f) |
| | 341(a) Meeting Date: 01/22/10 |
| | Claims Bar Date: 06/10/10 |

November 28, 2010, 4:06 p.m.  Reviewed case file for accounts receivable.

Initial Projected Date of Final Report (TFR): 12/31/12    Current Projected Date of Final Report (TFR): 07/01/12

_____  Date: _____

RONALD R. PETERSON

FORM 2

Page: 1

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-47207 -TAB | Trustee Name: | RONALD R. PETERSON |
| Case Name: | WATSON APPRAISAL GROUP, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8380 Checking Account |
| Taxpayer ID No: | *******7186 | | |
| For Period Ending: | 09/10/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 2,245.52 | | 2,245.52 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.38 | 2,244.14 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.43 | 2,242.71 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.38 | 2,241.33 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.43 | 2,239.90 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,229.90 |
| 05/02/13 | 030001 | Ronald R. Peterson<br>Jenner & Block LLP<br>353 North Clark Street<br>Chicago, Illinois 60654 | Trustee's compensation | 2100-000 | | 568.64 | 1,661.26 |
| * 05/02/13 | 030002 | District Counsel<br>200 W. Adams<br>Chicago, IL 60604 | Final distribution | 2810-003 | | 100.00 | 1,561.26 |
| 05/02/13 | 030003 | MB Financial Bank, N.A.<br>Brandon R. Freud, Esq.<br>Ruff, Weidenaar & Reidy, Ltd.<br>222 N. LaSalle St., Suite 700<br>Chicago,IL 60601 | Final distribution | 7100-000 | | 1,561.26 | 0.00 |
| * 06/03/13 | 030002 | District Counsel<br>200 W. Adams<br>Chicago, IL 60604 | Final distribution<br>IRS returned the check.  Debtor paid outside the Chapter 7 case.  Will file an amended TFR | 2810-003 | | -100.00 | 100.00 |
| 08/20/13 | 030004 | MB Financial Bank, N.A.<br>Brandon R. Freud, Esq.<br>Ruff, Weidenaar & Reidy, Ltd.<br>222 N. LaSalle St., Suite 700<br>Chicago,IL 60601 | Supplemental Distribution | 7100-000 | | 100.00 | 0.00 |

Page Subtotals    2,245.52    2,245.52

Ver: 17.03

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 10)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-47207 -TAB | Trustee Name: | RONALD R. PETERSON |
| Case Name: | WATSON APPRAISAL GROUP, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8380  Checking Account |
| Taxpayer ID No: | *******7186 | | |
| For Period Ending: | 09/10/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 2,245.52 | 2,245.52 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 2,245.52 | 0.00 | |
| | | | Subtotal | | 0.00 | 2,245.52 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 2,245.52 | |

Page Subtotals        0.00        0.00

Ver: 17.03

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-47207 -TAB | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | WATSON APPRAISAL GROUP, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0370 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7186 | | | |
| For Period Ending: | 09/10/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/08/10 | 2 | Fifth Third Bank<br>Crown Point, In. 46307 | | 1121-000 | 2,248.83 | | 2,248.83 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.03 | | 2,248.86 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,248.92 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,248.98 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.05 | | 2,249.03 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,249.09 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,249.15 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,249.21 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,249.27 |
| 10/04/10 | | Daniel W. Hynes, Comptroller of Illinois | | 1224-000 | 24.70 | | 2,273.97 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.05 | | 2,274.02 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,274.08 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,274.14 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 2,274.20 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,274.22 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,274.24 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,274.26 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 2,274.28 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,274.30 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,274.32 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,274.34 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,274.36 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,274.38 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.90 | 2,271.48 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,271.50 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.80 | 2,268.70 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,268.72 |

Page Subtotals 2,274.42 5.70

Ver: 17.03

FORM 2

Page: 4

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-47207 -TAB | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | WATSON APPRAISAL GROUP, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0370  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7186 | | | |
| For Period Ending: | 09/10/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.80 | 2,265.92 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,265.94 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.97 | 2,262.97 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,262.99 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.69 | 2,260.30 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,260.32 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.78 | 2,257.54 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 2,257.56 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.87 | 2,254.69 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,254.71 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.86 | 2,251.85 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,251.87 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.68 | 2,249.19 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,249.21 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.95 | 2,246.26 |
| 08/09/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>9TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 0.74 | 2,245.52 |
| 08/09/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 2,245.52 | 0.00 |

| | | | | Page Subtotals | 0.14 | 2,268.86 | |

Ver: 17.03

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 13)

Page: 5

FORM 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-47207 -TAB | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | WATSON APPRAISAL GROUP, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0370  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7186 | | |
| For Period Ending: | 09/10/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | |
|---|---|---|
| COLUMN TOTALS | 2,274.56 | 2,274.56 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 2,245.52 | |
| Subtotal | 2,274.56 | 29.04 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 2,274.56 | 29.04 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********8380 | 0.00 | 2,245.52 | 0.00 |
| Money Market Account (Interest Earn - ********0370 | 2,274.56 | 29.04 | 0.00 |
| | 2,274.56 | 2,274.56 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 17.03

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*